JOHN W. HUBER, United States Attorney (#7226)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801)-524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:16 CR 21 JNP |
|---|---|
| Plaintiff, | STIPUALTED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO QUASH SUBPOENAS |
| vs. | |
| TOHEED AHMED, | Judge Jill N. Perrish |
| Defendant. | |

The United States, through its attorneys, requests an order from the court to extend the time in which the United States must respond to the Motion to Quash Subpoenas and Supporting Authorities filed by counsel for the defendant, Alexander E. Ramos and Adam G. Bridge.

1.   On October 24, 2017, counsel for Alexander E. Ramos and Adam G. Bridge filed a motion to quash subpoenas served upon them to appear at the continued hearing of the defendant's motion to withdraw his pleas scheduled for October 30, 2017.

2.   Since about September 2017, counsel for the United States has been preparing for a two-week white-collar trial before Judge Clark Waddoups scheduled for November 2, 2017 in *United States v. Diehl*, Case No. 2:17-cr-208.   As a result of last-

1

minute adverse evidentiary rulings by the court, the United States dismissed its case today, November 6, 2017.

3. Because of the time counsel for the United States has been required to devote to preparing for the *Diehl* case, he has not had sufficient time to prepare a response to the motion to quash.

4. Counsel for the United States is asking that its response not be required until November 20, 2017. Counsel for Messrs. Ramos and Bridge and counsel for defendant have stipulated to this extension.

Dated this 6th day of November, 2017.

                                                  JOHN W. HUBER
                                                  United States Attorney

                                                  __/s/ Cy H. Castle_____
                                                  Cy H. Castle
                                                  Assistant U.S. Attorney